**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDWIN ZAYAS et al.,

                Plaintiffs,

                                                                24 **CIVIL** 4401 (JMF)

      -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.
-----------------------------------------------------------------X
CLAUDIA RIVAS,

                Plaintiff,

                                                                  24 **CIVIL** 4804 (JMF)

      -against-

DAVID C. BANKS et al.,                               **JUDGMENT**

                Defendants.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2024, this Order is without prejudice to any request for judicial review, if appropriate, after the ordinary state appeal process has run its course. Any such new action should be marked as related to Davis in accordance with the Court's Local Rules. Judgment is entered REMANDING these matters to their respective SROs. Accordingly both of the above-captioned actions are closed.

**Dated:** New York, New York

    September 26, 2024                                     **DANIEL ORTIZ**
                                                               **Acting Clerk of Court**

                                                                         **BY:**

                                                                        **Deputy Clerk**